AO 91 (Rev. 08/09)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP - 4 2019
MITCHELL R. ELFERS
CLERK

FILED
JUL 3 0 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Danny Ray Williams

Defendant(s)

Case No. MO:19-MJ-249

19 mj 3001

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 7, 2019__ in the county of __Midland, Texas__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | PWID more than 50 grams of actual Methamphetamine. |

This criminal complaint is based on these facts:
See attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Sedillo MPD Narcotics Detective
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/30/2019

_____
Judge's signature

City and state: Midland, Texas

U.S. Magistrate Judge Ronald Griffin
Printed name and title

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy

MO:19-MJ-249

**AFFIDAVIT**

FILED

JUL 30 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

I, Matthew Sedillo, a Detective with the Midland Texas Police Department Narcotics Unit, (Midland PD), being duly sworn state:

1. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 12 1/2 years and I have approximately 8 years of narcotics related investigative experience as a Police Officer of the Midland Police Department. I have completed extensive training emphasizing narcotics investigations and law enforcement. I have further attended training by the Texas Narcotics Officers Association and the United States Drug Enforcement Administration pertaining to the investigation of narcotics related offenses.

2. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Danny Ray Williams** did knowingly and intentionally possess with intent to distribute more than fifty grams of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code 841(a)(1).

3. On June 7, 2019 the Midland Narcotics Unit received information from a cooperating source that hereinafter will be referred to as CS due to the fact if their identity were to be made

known death or serious bodily injury could occur. The CS advised he/she knew an individual known to him/her as "D-Ray", who was driving to Midland, Texas in a white 2018 Volvo S90 Texas License plate LRC-9104 with a large quantity of Methamphetamine to deliver at the Denny's located at 3701 West Wall. This information was confirmed through text messages and phones calls between the CS and the individual known as "D-Ray".

4. Based on the above information, Detectives and Officers responded to the Denny's located at 3701 West Wall. At approximately 0000 hours, Detectives and Officers observed a white 2018 Volvo S90 Texas License plate LRC-9104 pull into the Denny's parking lot and park on the Southside of the building. Also, during the same time, the CS received a text message from "D-Ray" advising he had arrived at the Denny's. Based on this information, Officers contacted the sole occupant of the white 2018 Volvo S90, who was identified as Danny Ray Williams. Williams was detained without incident. K-9 Officer Hodges deployed his canine to conduct an open-air canine sniff of Williams's vehicle, and his canine alerted for the presence of illegal narcotics. Due to having probable cause officers searched the vehicle. A search of the vehicle turned up 4.48 ounces of Methamphetamine (5 bags) underneath the driver seat, 2 pills of Hydrocodone and a black holster containing a magazine containing 8 rounds of 9mm ammunition.

5. Williams was transported to the Midland Police Department third floor to be interviewed. Prior to speaking with Williams, he was advised of the Miranda Warning, which he advised he understood. Williams advised he has been living in Hobbs, New Mexico for approximately the past two years. Williams admitted ownership to the Methamphetamine that was located inside his vehicle and advised it was approximately four ounces of Methamphetamine. Williams stated he has been selling Methamphetamine for the past three months. Williams admitted to selling approximately two kilos of Methamphetamine in the past three months.

6. Based on my training, expertise and experience, I believe **Danny Ray Williams** did knowingly and intentionally possess with intent to distribute more than fifty grams of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code 841(a)(1).

7. The punishment Williams faces if convicted of the alleged charge in this complaint is a minimum mandatory term of imprisonment for ten years to life; a minimum term of supervised release for five years up to a maximum term of life, a maximum fine of up to $10,000,000; and a $100 special assessment.

_____          7-30-19
Matthew Sedillo                  Date
Narcotics Detective
Midland Police Department

Sworn to and subscribed before me in my presence.

_____          7-30-19
Ronald Griffin                   Date
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
JUL 30 2019
U.S. MARSHALS SERVICE
MIDLAND, TX

United States of America
v.
Danny Ray Williams

)
)
)
)
)
)
)

Case No. M0:19-MJ-249

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Danny Ray Williams

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and intentionally possess with intent to distribute more than fifty grams of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code 841(a)(1).

Date:   07/30/2019

*Issuing officer's signature*

City and state:   Midland, Texas

U.S. Magistrate Judge Ronald Griffin
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                                     *Arresting officer's signature* |
|                                                    *Printed name and title* |